# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNDRANECKIO BRASSFIELD**                                       **PLAINTIFF**

**vs.**                                              **CIVIL ACTION No.: 3:17-CV-72-HTW-LRA**

**JOSEPHINE BOYD and**
**MICHELLE JACKSON**                                       **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 36]**. In her Report and Recommendation, filed on April 30, 2019, Magistrate Judge Anderson recommended that the petitioner's complaint **[Docket no. 1]** be DISMISSED for failure to state a claim for which he is entitled relief. Magistrate Judge Anderson directed the *pro se* plaintiff to file any objections within fourteen (14) days. The plaintiff has failed to do so.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 36]**, this court finds it well-taken. Therefore, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the order of this court.

Accordingly, this order hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE** and orders that the parties are to bear their own costs.

**SO ORDERED this the 12th day of July, 2019.**

                                                  **s/ HENRY T. WINGATE**
                                                  **UNITED STATES DISTRICT COURT JUDGE**